# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA**

-vs- Case No. 2:07-cr-099 (5)

**DEVON L. FERNANDEZ**

## COURTROOM MINUTES

| JUDGE: | Terence P. Kemp | DATE AND TIME: | May 4, 2007 10:30 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Wanda Harrison | COUNSEL FOR GOVT: | Robyn R. Hahnert |
| CT. REPORTER: | Recording # TPK:10:48:44 -3 min. | COUNSEL FOR DEFT(S). | J. Kristin Burkett |
| INTERPRETER: | | PRETRIAL/PROBATION: | Julie G. Schram |

ARRAIGNMENT on Indictment

Defendant enters N/G plea to all counts

Defendant in state custody