```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

UNITED STATES OF AMERICA

       vs.              :       NO. CR-2-07-099(5)
                                    JUDGE MARBLEY

DEVON L. FERNANDEZ

          GOVERNMENT'S PLEA AGREEMENT SUBMISSION
               OF ELEMENTS AND PENALTIES FOR
     21 U.S.C. §§§ 846, 841(a)(1) and 841(b)(1)(B)(viii)
             AND 18 U.S.C. §§924(c)(1)(A)(i)

1. **ELEMENTS: 21 U.S.C. §§§ 846, 841(a)(1) and 841(b)(1)(B)(viii)**

First:     That the defendant conspired to possess with the intent to distribute and to distribute more than fifty grams of methamphetamine, a Schedule II controlled substance;

Second:     That the conspiracy described in the Indictment was willfully formed, and was existing at or about the time alleged;

Third:     That the defendant willfully became a member of the conspiracy;

Fourth:     That said agreement existed in whole or in part, at or about the time alleged, in the Southern District of Ohio.

2. **PENALTIES**

    A.  Mandatory Minimum:  Five.

    B.  Possible Maximum:  Forty years imprisonment, a fine of $2,000,000, a five-year term of supervised release, and $100 special assessment.

### 3. ELEMENTS:  18 U.S.C. §§924(c)(1)(A)(i)

First:    That the defendant did possess a firearm in furtherance of a drug-trafficking crime;

Second:   That the defendant did so knowingly and intentionally;

Third:    That the act occurred on or about the date alleged in the Indictment in the Southern District of Ohio.

### 4. PENALTIES

A.  Mandatory Minimum:   A mandatory consecutive five-year term of imprisonment;

B.  Possible Maximum:    A $250,000 fine, a three-year term of supervised release, and a $100 special assessment.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/David M. DeVillers
DAVID M. DEVILLERS (0059456)
Assistant United States Attorney