# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : |
| | : Case No. CR2-07-99(1)(2)& (4) |
| MICHAEL N. LAKE, ET AL., | : JUDGE MARBLEY |
| Defendant. | : |

## ORDER

Due to a conflict with the Court's Calendar, the Final Pretrial Conference in this case is rescheduled for **Tuesday, July 31, 2007 at 9:30 a.m.** before the Honorable Algenon L. Marbley. This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

       s/Algenon L. Marbley
       **ALGENON L. MARBLEY**
       **United States District Judge**

**DATED: July 23, 2007**